IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01473-PSF-BNB

KRISTINE FRONK,

    Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC., an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice (Dkt. # 10) pursuant to F.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: September 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge